PHILLIP A. TALBERT
United States Attorney
FRANK J. RIEBLI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 03-CR-125 JAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEANPIERRE "JP" ARRUE, | |
| Defendant. | |

**ORDER**

This matter came before the Court on the United States's request to correct a clerical error in the Judgment (Docket #45) regarding the amount of restitution owed to the two victims listed on page 5 of the Judgment. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby corrects the Judgment imposed on April 6, 2006 and entered on April 18, 2006 as follows:  the Total Loss and Restitution Ordered amounts listed on page 5 are changed from $448,500 to $428,500 each for both of the two victims.  This Order does not otherwise modify the judgment or restitution ordered in this case.

IT IS SO ORDERED.

Dated:  December 22, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

MOT. TO CORRECT JUDGMENT            1